Exhibit 2 to the Complaint

# U.S. Patent No. US 8,799,083 v. Delivery.Com, LLC
# Exemplary Claim 1.

Exhibit 2 to the Complaint

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P] A method, comprising: receiving at least one request of at least one service related to a restaurant menu from a mobile phone; | Delivery.Com ("Company") performs and/or induces others to perform a method comprising: receiving at least one request of at least one service related to a restaurant menu from a mobile phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company provides a Delivery application that is installed on devices such as smartphones, and tablets ("mobile phone"). Further, the application allows users to perform functionalities such as finding nearby restaurant locations and viewing menus. Additionally, the application allows users to order a meal from the restaurant menu displayed within the application ("receiving at least one request of at least one service related to a restaurant menu").<br><br><br><br>Source: https://apps.apple.com/us/app/delivery-com-food-liquor-app/id435168129 |

Exhibit 2 to the Complaint



Source: https://play.google.com/store/apps/details?id=com.deliverycom (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

Exhibit 2 to the Complaint

| [1.1] uploading, by a system of a restaurant, a bill for the at least one service to the mobile phone; and | Company performs and/or induces others to perform a step of uploading, by a system of a restaurant, a bill for the at least one service to the mobile phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the selection of the food items is made to place an order, a bill is generated ("uploading") for the ordered meal ("a bill for the at least one service") in the Delivery application ("a system of a restaurant") installed on the user's smartphone ("the mobile phone"). |
|---|---|

Exhibit 2 to the Complaint



Source: https://blog.delivery.com/2023/04/11/introducing-split-pay-for-group-orders-3/ (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

Exhibit 2 to the Complaint

| | |
|---|---|
| [1.2] performing a self-checkout by a at least one customer whereby payment for the at least one service is submitted by the at least one customer via the mobile phone to the system, wherein the payment is submitted without interaction with staff associated with the restaurant. | Company performs and/or induces others to perform a step of performing a self-checkout by at least one customer whereby payment for the at least one service is submitted by the at least one customer via the mobile phone to the system, wherein the payment is submitted without interaction with staff associated with the restaurant.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, once the bill is generated, the application allows the user to pay the bill ("payment for the at least one service is submitted by the at least one customer via the mobile phone to the system") through multiple payment methods such as credit card, Paypal, and Masterpass ("self-checkout by at least one customer") such that the user pays the bill without interacting with the staff associated with the restaurant. |

Exhibit 2 to the Complaint



Source: https://blog.delivery.com/2023/04/11/introducing-split-pay-for-group-orders-3/

WAYS TO PAY
Pay with all major credit cards, Apple Pay, Google Pay, Visa Checkout, Masterpass, and PayPal. After your first order, cash payment is accepted.

Source: https://apps.apple.com/us/app/delivery-com-food-liquor-app/id435168129

Exhibit 2 to the Complaint



Source: https://blog.delivery.com/2023/04/11/introducing-split-pay-for-group-orders-3/ (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

Exhibit 2 to the Complaint

## 2. List of References

1. https://apps.apple.com/us/app/delivery-com-food-liquor-app/id435168129, last accessed on 25 April 2024.
2. https://play.google.com/store/apps/details?id=com.deliverycom, last accessed on 25 April 2024.
3. https://blog.delivery.com/2023/04/11/introducing-split-pay-for-group-orders-3/, last accessed on 25 April 2024.