Exhibit 4 to the Complaint.

**U.S. Patent No. 10,783,596 v. Delivery.Com**
**Claim 1 is exemplary.**

Exhibit 4 to the Complaint.

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P]     A method, comprising: accessing    a customer profile  via a mobile device; | Delivery.Com ("Company") performs and/or induces others to perform a method comprising accessing a customer profile via a mobile device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company provides a Delivery application that is installed on a user's ("customer") mobile device. The application allows users to create an account ("accessing a customer profile via a mobile device") and order food items from different restaurants. Further, the application allows the users to place a group order where the payment for the order is split between the group members. |

Exhibit 4 to the Complaint.



accessing a customer profile via a mobile device

Source: https://www.delivery.com/ (annotated)

Exhibit 4 to the Complaint.



Source: https://apps.apple.com/us/app/delivery-com-food-liquor-app/id435168129

Source: https://apps.apple.com/us/app/delivery-com-food-liquor-app/id435168129

Exhibit 4 to the Complaint.

<table>
<tr>
<td></td>
<td>

- Select the option to 'Start group order'
- Opt-in to Split Pay
- Invite others to join your Group Order
- Once everyone has ordered, the order will be submitted and participants will be charged accordingly

Source: https://blog.delivery.com/2023/04/11/introducing-split-pay-for-group-orders-3/

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.
</td>
</tr>
<tr>
<td>[1.1] responsive to accessing the customer profile, forwarding at least one item selection via the mobile device;</td>
<td>

Company performs and/or induces others to perform a step of forwarding at least one item selection via the mobile device responsive to accessing the customer profile.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, after logging in to the application ("responsive to accessing the customer profile"), the application displays food menus of multiple restaurants such that the user selects a restaurant and places an order for a food item ("forwarding at least one item selection") via the application ("via the mobile device").
</td>
</tr>
</table>

Exhibit 4 to the Complaint.



Source: https://www.delivery.com/

Exhibit 4 to the Complaint.



Mobile device

Exhibit 4 to the Complaint.

Source: https://play.google.com/store/apps/details?id=com.deliverycom (annotated)



Source: https://blog.delivery.com/2023/04/11/introducing-split-pay-for-group-orders-3/ (annotated)

Exhibit 4 to the Complaint.

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [1.2] receiving at least one data element list comprising the at least one item selection at the mobile device; | Company performs and/or induces others to perform a step of receiving at least one data element list comprising the at least one item selection at the mobile device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the application allows the user to create a group and place a group order by inviting other members to the group. Further, when the user as well as the group members select the food items and place the group order, the user or the group organizer opts for bill splitting and proceeds to checkout. During checkout, an order summary is displayed in the application along with the prices, for each member ("receiving at least one data element list comprising the at least one item selection at the mobile device.") to pay for the order.<br><br><ul><li>Select the option to 'Start group order'</li><li>Opt-in to Split Pay</li><li>Invite others to join your Group Order</li><li>Once everyone has ordered, the order will be submitted and participants will be charged accordingly</li></ul>Source: https://blog.delivery.com/2023/04/11/introducing-split-pay-for-group-orders-3/ |

9

Exhibit 4 to the Complaint.



Source: https://blog.delivery.com/2023/04/11/introducing-split-pay-for-group-orders-3/

Exhibit 4 to the Complaint.



at least one data element list comprising the at least one item selection at the mobile device

Source: https://blog.delivery.com/2023/04/11/introducing-split-pay-for-group-orders-3/ (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| [1.3] submitting | Company performs and/or induces others to perform a step of submitting payment data for the at least one item via the mobile device. |

Exhibit 4 to the Complaint.

| payment data for the at least one item via the mobile device; | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the order summary is displayed for each member, all of the members make payment for their orders through multiple payment methods such as credit card, Paypal, Apple Pay, Google Pay, and Masterpass ("submitting payment data for the at least one item via the mobile device").<br><br>WAYS TO PAY<br>Pay with all major credit cards, Apple Pay, Google Pay, Visa Checkout, Masterpass, and PayPal. After your first order, cash payment is accepted.<br><br>Source: https://apps.apple.com/us/app/delivery-com-food-liquor-app/id435168129 |

Exhibit 4 to the Complaint.



Source: https://blog.delivery.com/2023/04/11/introducing-split-pay-for-group-orders-3/

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| [1.4] wherein the payment is split, via the mobile device, in at least one of a | Company performs and/or induces others to perform a step, wherein the payment is split, via the mobile device, in at least one of a following manner: evenly between at least two separate data element lists; and by separate items, among the at least one item selection, between the at least two separate data element lists.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| --- | --- |

Exhibit 4 to the Complaint.

| | |
|---|---|
| following manner: evenly between at least two separate data element lists; and by separate items, among the at least one item selection, between the at least two separate data element lists. | For example, the order summary generated in the application comprises details of the food items distributed among different members of the group based on the orders placed by the individual members ("by separate items, among the at least one item selection, between the at least two separate data element lists").<br><br><br><br>Source: https://blog.delivery.com/2023/04/11/introducing-split-pay-for-group-orders-3/ (annotated) |

Exhibit 4 to the Complaint.

- Select the option to 'Start group order'
- Opt-in to Split Pay
- Invite others to join your Group Order
- Once everyone has ordered, the order will be submitted and participants will be charged accordingly

Source: https://blog.delivery.com/2023/04/11/introducing-split-pay-for-group-orders-3/



2. Who's Paying? NEW

⦿ Split the bill, simply
As organizer, you're only responsible for your share. Don't forget to submit the order after everyone has added their payment.

◯ Organizer covers the cost
You'll cover the costs, and also earn the Delivery Points. You can also set spend limits, and access checkout once everyone has ordered.

Source: https://blog.delivery.com/2023/04/11/introducing-split-pay-for-group-orders-3/

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

Exhibit 4 to the Complaint.

## 2.  List of References

1.  [https://www.delivery.com/](https://www.delivery.com/), last accessed on 25 April 2024.
2.  [https://play.google.com/store/apps/details?id=com.deliverycom](https://play.google.com/store/apps/details?id=com.deliverycom), last accessed on 25 April 2024.
3.  [https://apps.apple.com/us/app/delivery-com-food-liquor-app/id435168129](https://apps.apple.com/us/app/delivery-com-food-liquor-app/id435168129), last accessed on 25 April 2024.
4.  [https://blog.delivery.com/2023/04/11/introducing-split-pay-for-group-orders-3/](https://blog.delivery.com/2023/04/11/introducing-split-pay-for-group-orders-3/), last accessed on 25 April 2024.