# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ANALYTICAL TECHNOLOGIES, LLC, | § § § § | |
| *Plaintiff*, | § | |
| v. | § § | CIVIL ACTION NO. 2:24-cv-00185-JRG-RSP |
| CHICK-FIL-A, INC., | § § § | (Lead Case) |
| *Defendant*. | § | |
| ANALYTICAL TECHNOLOGIES, LLC, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-00306-JRG-RSP |
| DELIVERY.COM, LLC, | § § § | (Member Case) |
| *Defendant*. | § | |

## ORDER

Before the Court is the Notice of Dismissal ("Notice") filed by Analytical Technologies, LLC ("Plaintiff"). (Dkt. No. 27.) In the Notice, Plaintiff represents that the above-captioned member case No. 2:24-cv-00306 is voluntarily dismissed WITH PREJUDICE. (*Id*. at 1.)

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned member case No. 2:24-cv-00306 are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned member case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned member case No. No. 2:24-cv-00306 as no parties or claims remain. The Clerk of Court is directed to **Maintain as Open** the above-captioned lead case No. 2:24-cv-00185.

**So ORDERED and SIGNED this 1st day of October, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE